STATE OF NEW JERSEY v. WILLIAM GEIGER.

July 15, 1980.

Petition for certification denied.

PAUL KIMBALL HOSPITAL, INC. v. BRICK TOWNSHIP
HOSPITAL, INC.

July 15, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. STUART BURSTEIN.

July 15, 1980.

Petition for certification granted.   (See 172 *N.J.Super.* 388)

STATE OF NEW JERSEY v. STUART BURSTEIN.

July 15, 1980.

Cross-Petition for certification granted.   (See 172 *N.J.Super.* 388)